UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

VICKI HEDRICK,

    Plaintiff,

v.                                                                       Case No.: 5:23-cv-668-BJD-PRL

SANOFI-AVENTIS U.S. LLC and
SANOFI US SERVICES INC.,

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court on the Stipulation of Dismissal With Prejudice (Doc. No. 21; Stipulation) filed on October 28, 2024. In the Stipulation, the parties indicate their agreement to dismissal of this action as to all Defendants with prejudice. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice**.

2. Each party shall bear its own costs and fees.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 29th day of October, 2024.

BRIAN J. DAVIS
United States District Judge

*Copies furnished to:*

Counsel of Record

*ap*